UNITED STATES of America, Plaintiff–Appellee,

v.

Frank DAVIS, Defendant–Appellant.

No. 01–7001.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Dec. 28, 2001.

**321**

Frank Davis, Pro Se. Thomas More Hollenhorst, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Frank Davis filed a document he described as a petition for new trial and to compel specific performance. The district court appropriately construed this as a motion to vacate under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Davis*, No. CR–97–306 (E.D. Va. filed Mar. 30, 2001 & entered Apr. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*